FILED
2005 Feb-28 PM 12:58
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| TERRY WAYNE HARVE, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 02-BE-1024-S |
| ) | |
| BILL PRYOR, ALABAMA ATTORNEY ) | |
| GENERAL; ALABAMA DEPARTMENT ) | |
| OF CORRECTIONS, ) | |
| ) | |
| Respondents. ) | |

### MEMORANDUM OF OPINION

The court has considered the entire file in this action together with the Magistrate Judge's Report and Recommendation and the objections of the petitioner and has reached an independent conclusion that the Magistrate Judge's Report and Recommendation is due to be adopted and approved.  The court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court.  In accord with the recommendation, this petition for writ of habeas corpus is due to be denied and dismissed with prejudice.  An appropriate order will be entered.

**DONE**, this 28th day of February, 2005.

_____
KARON OWEN BOWDRE
UNITED STATES DISTRICT JUDGE